UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, CENTRAL
PENSION FUND OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS AND PARTICIPATING
EMPLOYERS, WISCONSIN OPERATING ENGINEERS
SKILL IMPROVEMENT AND
APPRENTICESHIP FUND,
JOINT LABOR MANAGEMENT WORK
PRESERVATION FUND, OPERATING ENGINEERS LOCAL
139 DEFINED CONTRIBUTION ANNUITY FUND,
TERRANCE E. MCGOWAN, as a Trustee of said Funds
except CENTRAL PENSION FUND, JOSEPH SHELTON,
as Chief Executive Officer of CENTRAL PENSION FUND, and
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 139,

        Plaintiffs,

v.                                            CIVIL ACTION NO. 23-CV-00373

KMS EXCAVATING, LLC,

        Defendant.

## MOTION FOR ENTRY OF JUDGMENT

NOW COME Plaintiffs (hereinafter collectively "Plaintiff Funds"), by their attorneys, default having been entered against the Defendant on May 5, 2023, and move for entry of judgment against Defendant, KMS EXCAVATING, LLC. In support of the Motion, Plaintiffs state:

      1.      On May 5, 2023, this Court entered default against Defendant as Defendant has failed to timely answer the Complaint. Plaintiff Funds respectfully request entry of judgment pursuant to F.R.Civ.P. Rule 55(b)(2).

2. Plaintiff Funds' auditors completed two audits of the payroll books and records of Defendant. The audits were conducted for the periods of November 1, 2018 through October 31, 2020 and November 1, 2020 through August 31, 2022 ("Audited Periods").

3. Plaintiff Funds' records show that the Defendant is delinquent in contributions to the Plaintiff Funds in the amount of **$8,511.62** (consisting of: $0 for the audited time period of November 1, 2018 through October 31, 2020; and $8,511.62 for the audited time period of November 1, 2020 through August 31, 2022). *See* Affidavit of Rita Becker.

4. Additionally, Defendant owes interest in the amount of **$1,538.43** (consisting of: $330.38 for the audited time period of November 1, 2018 through October 31, 2020 and $1,208.05 for the audited time period of November 1, 2020 through October 31, 2020) and **$3,289.69** is due for delinquent payment assessments (consisting of $670.77 for the audited time period of November 1, 2018 through October 31, 2020 and $2,618.92 for the audited time period of November 1, 2020 through August 31, 2022). Becker Aff. ¶ 6.

5. In addition, Plaintiff Funds' counsel have expended the total amount of **$1,368.75** in attorneys' fees and costs in this matter. *See* Affidavit of Cynthia L. Buchko; Affidavit of Laura M. Finnegan.

6. Based upon the documents attached hereto, Plaintiff Funds request entry of judgment in the total amount of **$14,708.49** plus post judgment interest.

WHEREFORE, Plaintiff Funds respectfully request this Court to enter judgment by default against the Defendant in the amount of **$14,708.49.**

Dated this 17th day of May, 2023.

/s/ Cynthia L. Buchko

Cynthia L. Buchko
In-House Counsel for
Operating Engineers Local 139 Health Benefit Fund,
Wisconsin Operating Engineers Skill Improvement and
Apprenticeship Fund, Operating Engineers Local 139
Defined Contribution Annuity Fund, Trustee Terrance
E. McGowan, International Union of Operating Engineers
Local 139 and Joint Labor Management Work Preservation
Fund a/k/a Construction Business Group
4702 S. Biltmore Lane
Madison, WI 53718
Attorney No. 1036102
Telephone: 608-310-8341
Facsimile: 608-240-4179
E-mail: c.buchko@cbgwi.com

/s/ Laura M. Finnegan

Laura M. Finnegan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Ste. 2200
Chicago, IL 60606-5231
Attorney No. 1058640
Telephone: 312-236-4316
Facsimile: 312-236-0241
E-mail: lmfinnegan@baumsigman.com

Attorney for Plaintiffs Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers and Joseph Shelton as
Chief Executive Officer of Central Pension Fund