UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, CENTRAL PENSION FUND
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS AND PARTICIPATING EMPLOYERS,
WISCONSIN OPERATING ENGINEERS SKILL IMPROVEMENT
AND APPRENTICESHIP FUND, JOINT LABOR MANAGEMENT
WORK PRESERVATION FUND, OPERATING ENGINEERS
LOCAL 139 DEFINED CONTRIBUTION ANNUITY,
TERRANCE E. MCGOWAN, JOSEPH SHLETON and
INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 139,

    Plaintiffs,

v.

KMS EXCAVATING, LLC,

    Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case No. 23-cv-373-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that default judgment is entered in favor of the plaintiffs and against the defendant in the amount of $14,708.49 allocated as follows: $13,339.74 in unpaid contributions, interest and delinquent payment assessments; and $1,368.75 in attorney fees and costs.

**THE COURT ORDERS** that this case is **DISMISSED**.

Approved and dated in Milwaukee, Wisconsin this 27th day of November, 2023.

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk

**BY THE COURT:**

**HON. PAMELA PEPPER
Chief United States District Judge**